```
 1   *
     BRENT L. RYMAN, ESQ. (#008648)
 2   ERICKSON, THORPE & SWAINSTON, LTD.
     1885 South Arlington Ave., Suite 205
 3   Reno, Nevada 89509
     Telephone: (775) 786-3930
 4   Attorneys for Defendants
     Gonzales, Edgemond and Silva
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RYAN BLAKE, | Case No.: 3:22-cv-00027-ART-CLB |
| Plaintiff, | |
| vs. | **MOTION TO RESCHEDULE MANDATORY TELEPHONIC CASE MANAGEMENT CONFERENCE (AND PROPOSED ORDER FOR SAME)** |
| ERICA GONZALES, *et al.*, | |
| Defendants. | |

COMES NOW, DEFENDANTS, ERICA GONZALES, MELANIE EDGEMOND and MIKE SILVA (hereinafter "Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and respectfully requests that the Telephonic Case Management Conference set by yesterday's Court's Order (#12) for Monday, July 25, 2022, at 10 a.m., be rescheduled for **Thursday, August 4, 2022, at 10 a.m.**, due to the fact that undersigned counsel for Defendants will be out of state on a previously-planned trip the last week in July.

///

///



1

In accord with the Court's Order (#12), undersigned counsel has contacted the officials at Lovelock Correctional Center where Plaintiff is housed in the custody of the Nevada Department of Corrections, and they have advised they will review any Order rescheduling this conference and make Plaintiff available for telephonic appearance once that order issues. Undersigned counsel remains in contact with Lovelock Correctional Center and will provide any order that issues on this matter right away.

DATED this 6th day of July, 2022.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for Defendants*
*Gonzales, Edgemond and Silva*

///

///

Based upon good cause appearing,

IT IS SO ORDERED.

DATED this 7th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE



2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

X  U.S. Mail

☐  Facsimile Transmission

☐  Personal Service

☐  Messenger Service

☐  CMECF

addressed to the following:

JAMES BLAKE (#1182185)
LOVELOCK CORRECTIONAL CENTER
1200 Prison Road
Lovelock, Nevada 89419
*Plaintiff, in pro per*

DATED this 6th day of July, 2022.

             /s/ Brent Ryman
             Brent Ryman