1

2

3

4

5

6

7

8

9

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE DISTRICT OF NEVADA

12

13

14 JAMES RYAN BLAKE,

15      Plaintiff,

16 vs.

17 ERICA GONZALES, *et al.*,

18      Defendants.

19

Case No.: 3:22-cv-00027-ART-CLB

**ORDER APPROVING**

STIPULATION FOR DISMISSAL
WITH PREJUDICE

20      COMES NOW, Defendants, ERICA GONZALES, MELANIE EDGEMOND and

21 MIKE SILVA (hereinafter "Defendants"), by and through their Attorneys of Record,

22 ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and

23 Plaintiff, JAMES RYAN BLAKE, *in pro se*, and hereby stipulate that the above-entitled

24 ///

25 ///

26 ///

27 ///

28 ///

ERICKSON, THORPE &
  SWAINSTON, LTD.

1

1   action may be dismissed, with prejudice, with all parties to bear their own court costs and

2   attorney's fees.

3   DATED this 13th day of ~~March~~ April, 2023.

4                                   ERICKSON, THORPE & SWAINSTON, LTD.

5

6   *Brent R.*

    BRENT L. RYMAN, ESQ. (#008648)
7   ERICKSON, THORPE & SWAINSTON, LTD.
    1885 South Arlington Ave., Suite 205
8   Reno, Nevada 89509
    Telephone: (775) 786-3930
9   *Attorneys for Defendants*
    *Gonzales, Edgemond and Silva*

10

11  ///

12  ///

13  DATED this 23 day of *march*, 2023.

14

15  By _____
        JAMES RYAN BLAKE
16      *Plaintiff, In Proper Person*

17  ///

18  ///

19                          **ORDER**

20

21  Upon good cause appearing,

22

23  IT IS SO ORDERED.

24  DATED this 17th day of April, 2023.

25  _____

26  Anne R. Traum
    United States District Court Judge

27

28